UNITED STATES BANKRUPTCY COURT

DISTRICT OF MAINE

| | |
|---|---|
| In re:<br><br>**GLENN E. FARRAR, JR.,**<br><br>　　　　　　　　　　Debtor. | Chapter 13<br>Case No. 24-20259 |

**TRUSTEE'S OBJECTION TO CONFIRMATION**

　　　　NOW COMES Andrew M. Dudley, Chapter 13 Trustee, and hereby objects to confirmation of Debtor's Chapter 13 plan (docket #3) as follows:

　　　　1.　　On February 7, 2025, the Trustee filed a Motion to Dismiss this case as Debtor failed to appear for his continued §341(a) Meeting of Creditors and failed to make his initial plan payment (docket #16). Because the Debtor has failed to fulfil his basic duties as a debtor, the plan cannot be confirmed and this case must be dismissed. Should the Debtor's case survive the Motion to Dismiss currently set for hearing on March 5, 2025, the Trustee may file a Supplemental Objection to Confirmation not later than 14 days after resolution of the Motion.

　　　　WHEREFORE, unless and until the issue raised in paragraph 1 is resolved, the Trustee respectfully requests that this Court deny confirmation of the plan in its current form, together with such relief as the Court finds just and reasonable.

Date:　February 7, 2025　　　　　　　　　　Respectfully Submitted:

　　　　　　　　　　　　　　　　　　　　　　*/s/ Andrew M. Dudley*
　　　　　　　　　　　　　　　　　　　　　　ANDREW M. DUDLEY, Chapter 13 Trustee
　　　　　　　　　　　　　　　　　　　　　　PO Box 429
　　　　　　　　　　　　　　　　　　　　　　Brunswick, Maine  04011-0429
　　　　　　　　　　　　　　　　　　　　　　(207) 725-1300

**CERTIFICATE OF SERVICE
FOR ELECTRONIC CASE FILING**

    I, <u>Andrew M. Dudley</u>, hereby certify that I caused a true and correct copy of the following document(s) to be served today on the parties listed below as follows:

Document(s) Served: Trustee's Objection to Confirmation

Service electronically via the Court's ECF system to:
J.Scott Logan, Esq., Attorney for Debtor
Stephen Morrell, Esq., Assistant U.S. Trustee
All other parties listed on N.E.F. as being served electronically.

Service by U.S. first class mail, postage prepaid, to:
GLENN E. FARRAR, JR.
100 GARY ST
SOUTH PARIS ME 04281
Debtor

Date:   February 7, 2025           */s/ Andrew M. Dudley*
                                       ANDREW M. DUDLEY, Chapter 13 Trustee
                                       PO Box 429
                                       Brunswick, Maine  04011-0429
                                       (207) 725-1300